UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDRAS NEHEMIAS VELASQUEZ AJPOP,<br><br>Petitioner,<br><br>v.<br><br>KENNETH GENALO, *et al.*,<br><br>Respondents. | No. 26 Civ. 5519 (PAE) |

WHEREAS, on July 6, 2026, Respondent mistakenly filed a certified administrative record pertaining to a different matter on the docket in this case, Dkt. 8;

IT IS HEREBY ORDERED that certified administrative record (Dkt. 8), be stricken from the record.

Dated: New York, New York
July 7, 2026

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge