UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESDRAS NEHEMIAS VELASQUEZ AJPOP,

Petitioner,

-v-

KENNETH GENALO *et al.*,

Respondents.

26 Civ. 5519 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Upon consideration of petitioner's amended petition for a writ of habeas corpus ("Petition") pursuant to 28 U.S.C. § 2241, Dkt. 21, IT IS HEREBY ORDERED that:

1. Respondents are ordered to file any opposition to the Petition by **Tuesday, August 18, 2026, at 5 p.m**. This filing should address, *inter alia*, whether the facts of this case are materially distinguishable from those in this Court's decision in *Rivas Reyes v. Mullin*, No. 26 Civ. 4334 (PAE), 2026 WL 1707170, at *1 (S.D.N.Y. June 12, 2026).
2. Petitioner shall file any reply by **Thursday, August 20, 2026, at 12 p.m.**
3. Counsel may confer regarding the above deadlines and if all parties consent to extensions they may make the request to the Court by letter.

Petitioner's counsel shall **forthwith** serve a copy of the Petition and this Order on respondents, by multiple means, including email, overnight mail, and hand-delivery to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, New York, New York.

The Court is furnishing this Order to petitioner's counsel and respondents' counsel by email, and is separately emailing this Order to Jeffrey Oestericher, the Chief of the Civil Division at the United States Attorney's Office for the Southern District of New York to ensure respondents' prompt notice.

Dated: August 15, 2026
New York, New York

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge